Yoshea Maurice HILL, Plaintiff—
Appellant,

v.

Sam BATTS, Assistant Warden; Betty Zolicoffer, Building Lieutenant; Mr. Merritt, Complex Investigator, Defendants—Appellees.

No. 05–6175.

United States Court of Appeals,
Fourth Circuit.

Submitted: March 24, 2005.

Decided: March 31, 2005.

Yoshea Maurice Hill, Appellant pro se.

Before WIDENER and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Yoshea Maurice Hill appeals the district court's orders dismissing without prejudice his 42 U.S.C. § 1983 (2000) complaint and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Hill v. Batts,* No. CA–04–763–2 (E.D. Va. Jan. 6 & Jan. 24, 2005). We deny

Hill's petition for an injunction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*